UNITED STATES of America, Plaintiff–Appellee

v.

Melvin ROBINSON, Defendant–Appellant.

No. 07–30282
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 16, 2008.

Mary J. Mudrick, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Betty Lee Marak, Federal Public Defender's Office Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Melvin Robinson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Robinson has filed a response requesting substitute counsel, which we DENY. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.